KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLY M., | Case No.: CV 12-05727 FMO(Ex) |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |
| KAISER FOUNDATION HEALTH PLAN, INC., | |
| Defendant. | (Complaint Filed: July 2, 2012) |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 12-05727 FMO(Ex) is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

DATED:   May 1, 2013              _____/s/_____
                                  Fernando M. Olguin
                                  United States District Court Judge

**[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**